# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | |
|---|---|
| JEAN COULTER,<br><br>              Petitioner<br><br>    v.<br><br>STANTON LEVENSON, SALLY FRICK, THOMAS FORREST, DENNIS HOERNER, CHRISTINE STUDENY AND WILLIAM R. SHAFFER,<br><br>              Respondents | : No. 551 WAL 2014<br>:<br>:<br>:<br>: Petition for Allowance of Appeal from the<br>: Order of the Superior Court<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## ORDER

**PER CURIAM**

    **AND NOW**, this 4th day of March, 2015, the Petition for Allowance of Appeal is **DENIED**.